In the Matter of JAHQUAVIUS W. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; QUANTERIA H., Appellant. (Proceeding No. 1.)

In the Matter of JEREMIAH W. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; QUANTERIA H., Appellant. (Proceeding No. 2.)

Submitted November 14, 2011; decided January 17, 2012

Reported below, 86 AD3d 576.

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).

In the Matter of JATIE P., a Neglected Child. FRANKLIN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH Q., Appellant. (And Another Related Proceeding.)

Submitted December 12, 2011; decided January 17, 2012

Reported below, 88 AD3d 1178.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

KAI LIN, Appellant, v STRONG HEALTH et al., Respondents. (And Another Action.)

Submitted December 5, 2011; decided January 17, 2012

Reported below, 82 AD3d 1585 (Appeal Nos. 1 and 2).

Motion for reargument of motion for leave to appeal denied [see 17 NY3d 899 (2011)].